UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENRICO VACCARO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW SOURCE ENERGY PARTNERS L.P., KRISTIAN B. KOS, TERRY L. TOOLE, DIKRAN TOURIAN, RICHARD D. FINLEY, V. BRUCE THOMPSON, JOHN A. RABER, STIFEL, NICOLAUS & COMPANY, INC., ROBERT W. BAIRD & CO. INC., JANNEY MONTGOMERY SCOTT LLC, OPPENHEIMER & CO. INC., and WUNDERLICH SECURITIES, INC.,<br><br>Defendants. | Civil Action No. 1:15-cv-08954 (KMW) |

**DECLARATION OF PETER C. HARRAR IN SUPPORT OF THE MOTION
OF ENRICO VACCARO, F. GREGORY DENEEN, AND WILLIAM SLATER FOR
APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF
<u>LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL</u>**

I, Peter C. Harrar, hereby declare:

1. I am a partner at the law firm of Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"). I submit this declaration in support of the motion of Enrico Vaccaro, F. Gregory Deneen, and William Slater ("Movants") for appointment as Lead Plaintiff and approval of Movants' selection of Wolf Haldenstein and The Rosen Law Firm, P.A. ("The Rosen Firm") as Co-Lead Counsel.

2. Attached hereto as Exhibit 1 is a true and correct copy of the notice of pendency published on *GlobeNewswire* on November 25, 2015.

3. Attached hereto as Exhibit 2 are true and correct copies of Movants' certifications, demonstrating their standing as a class members and requisite financial interest in the outcome of the litigation.

4. Attached hereto as Exhibit 3 is a true and correct copy of a loss chart detailing Movants' transactions in New Source Series A Preferred Units pursuant to and/or traceable to the Offering and their losses therefrom.

5. Attached hereto as Exhibit 4 is a true and correct copy of my firm's resume, setting forth Wolf Haldenstein's background and considerable experience litigating complex securities class actions in federal and state courts throughout the country.

6. Attached hereto as Exhibit 5 is a true and correct copy of the firm resume of The Rosen Firm.

7. Attached hereto as Exhibit 6 is a true and correct copy of the [Proposed Order] appointing Movants as Lead Plaintiffs and approving Lead Plaintiffs' selection of Lead Counsel.

Signed under penalty of perjury this 25th day of January 2016.

                                                ___/s/ *Peter C. Harrar*___
                                                      Peter C. Harrar