Case 1:15-cv-08954-KMW Document 49 Filed 05/04/17 Page 1 of 7

Vinson&Elkins

Ari M Berman aberman@velaw com
Tel +1 212 237 0228 Fax +1 917 849 5368

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 5/5/17

May 4, 2017

Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

Re: 15-cv-08954-KMW Vaccaro et al. v. New Source Energy Partners L.P, et al.; pending in the United States District Court for the Southern District of New York

Dear Judge Wood:

Individual Defendants respectfully write to request a stay to address scheduling in the above-captioned matter, and to update the Court regarding the status of settlement discussions. The Parties have reached an agreement in principle to settle all claims in this action.

By way of background, on March 9, 2017, Individual Defendants Kristian B. Kos, Terry T. Toole, Dikran Tourian, Richard D. Finley, V. Bruce Thompson, and John A. Raber, Stifel and Underwriting Defendants Nicolaus & Company, Inc., Robert W. Baird & Co., Inc., Janney Montgomery Scott LLC, Oppenheimer & Co., Inc., and Wunderlich Securities, Inc. (collectively, "Defendants") respectively filed motions to dismiss the Second Amended Class Complaint filed by Plaintiffs Enrico Vaccaro, F. Gregory Deneen, and William Slater (collectively, "Plaintiffs," and together with Defendants, the "Parties"). [ECF Nos. 40, 43.] Plaintiffs opposed these motions on April 6, 2017. [ECF Nos. 45, 46.] Defendants' deadline to file replies in support of such motions is presently tomorrow, May 5, 2017.

Accordingly, the Parties jointly request that all deadlines and proceedings in this Action are stayed pending the negotiation and execution of the Parties' settlement agreement. The Parties will either file an executed settlement agreement or notify the Court of the status of negotiations by June 19, 2017.

Granted
KMW

The parties earlier today filed a Stipulation and Proposed Order seeking the same relief, but chambers has informed us that this request should be instead made by this letter. Accordingly, this letter supersedes the submitted Stipulation, which may be disregarded.

Case 1:15-cv-08954-KMW Document 49 Filed 05/04/17 Page 2 of 7



We thank the Court for its consideration in this matter.

Respectfully submitted,

*/s/ Ari M. Berman*

Ari M Berman

All deadlines relating to Defendants' motion to dismiss the Second Amended Complaint are stayed pending the Court's receipt of a settlement agreement.

SO ORDERED:

Kimba M. Wood

KIMBA M. WOOD
U. S. D. J.

5/4/17