USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ENRICO VACCARO, F. GREGORY DENEEN, and WILLIAM SLATER, on behalf of themselves and all others similarly situated,

                Plaintiffs,

                -against-

NEW SOURCE ENERGY PARTNERS L.P, KRISTIAN B. KOS, TERRY L. TOOLE, DIKRAN TOURIAN, RICHARD D. FINLEY, V. BRUCE THOMPSON, JOHN A. RABER, STIFEL, NICOLAUS & COMPANY, INC., ROBERT W. BAIRD & CO. INC., JANNEY MONTGOMERY SCOTT LLC, OPPENHEIMER & CO. INC., AND WUNDERLICH SECURITIES, INC.,

                Defendants.

------------------------------------------------------------x

**ORDER**

15 CV 8954 (KMW)

KIMBA M. WOOD, District Judge:

    This Order concerns the Motion for an Award of Attorneys' Fees and Expenses, filed by Co-Lead Counsel Wolf Haldenstein Adler Freeman & Herz LLP and The Rosen Law Firm, P.A. (ECF No. 61), and the Motion for Final Approval of Class Action Settlement, (ECF No. 59). To provide the Court with an adequate record to decide these motions, Co-Lead Counsel are ordered to submit the following information:

        1. Contemporaneous records of how much time was spent by each individual attorney or paralegal on each day and task, detailing precisely what work was

   done on that day. Records should be provided for all professionals working for Co-Lead Counsel, Nussbaum Law Group, P.C., and Criden & Love, P.A.;

2. An affidavit from Co-Lead Counsel, Wolf Haldenstein Adler Freeman & Herz LLP and The Rosen Law Firm, P.A., explaining why it was efficient for anyone other than persons associated with the Wolf and Rosen firms to work on the case;

3. Affidavits from Enrico Vaccaro, F. Gregory Deneen, and William Slater, describing why each of them should be awarded $5,000 in litigation expenses; and

4. Proposed orders for the Motion for an Award of Attorneys' Fees and Expenses and the Motion for Final Approval of Class Action Settlement.

This supplemental information is due on November 13, 2017.

SO ORDERED.

DATED:   New York, New York
         November 3, 2017

*[signature]*
KIMBA M. WOOD
United States District Judge